■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST GADSON, Appellant.— Appeal by defendant from a judgment of the County Court, Westchester County, rendered January 8, 1963, after a jury trial, convicting him of burglary in the third degree and grand larceny in the second

degree, and imposing sentence. Judgment affirmed. On the court's own motion, the notice of appeal, inadvertently directed to the Appellate Division of the Supreme Court, First Judicial Department, has been deemed amended so as to properly bring the appeal to this court (Code Crim Pro., §§ 524-a, 542; cf. N. Y. Const., art. VI, § 5, subd. b). Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.